# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00387-CV

### In re John Antonio Slaughter

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus seeking an order from this Court compelling the trial court to grant his motion for Chapter 64 post-conviction DNA testing . *See* Tex. Code Crim. Proc. art. 64.03. Relator's petition also seeks to compel the district attorney's office to produce evidence containing biological material for forensic DNA testing.

The trial court has provided this Court with its order granting relator's motion for DNA testing. The petition for writ of mandamus is dismissed as moot.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   August 13, 2015